■ MARTHA STEADMAN et al., Respondents, v MICHAEL P. SINCLAIR, Appellant. [612 NYS2d 737] —Order, Supreme Court, New York County (Lewis R. Friedman, J.), entered December 15, 1992, unanimously affirmed for the reasons stated by Friedman, J., without costs and without disbursements. No opinion. Concur—Rosenberger, J. P., Ellerin, Kupferman, Ross and Rubin, JJ.